No. 284, Misc. ALEXANDER *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Louis C. Friedman* for petitioner. *Theodore D. Parsons,* Attorney General of New Jersey, for respondent.

No. 286, Misc. BUNDY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 291, Misc. TYLER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James T. Wright* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.